# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
JOE'S QUALITY GLASS, INC. §   Case No. 10-33271
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH R. VOILAND_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-33271 RG  Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | JOE'S QUALITY GLASS, INC. | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | | 341(a) Meeting Date: | 08/18/10 |
| For Period Ending: | 01/01/13 | Claims Bar Date: | 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash boxes in shop office | 800.97 | 800.97 | DA | 0.00 | 0.00 |
| 2. Kane County Teachers Credit Union - Savings | 5.04 | 5.04 | DA | 0.00 | FA |
| 3. Kane County Teachers Credit Union - Checking | 5,114.58 | 5,114.58 | | 0.00 | FA |
| 4. Chase Checking account | 113.50 | 113.50 | DA | 0.00 | FA |
| 5. Nicor gas (8210091000) deposit | 177.00 | 177.00 | DA | 0.00 | FA |
| 6. Nicor gas (678998100) $53.00 + $300.00 | 353.00 | 353.00 | DA | 0.00 | FA |
| 7. Nicor gas (921009100) | 201.00 | 201.00 | DA | 0.00 | FA |
| 8. Accounts Receivable | 29,536.99 | 29,536.99 | DA | 16,233.22 | FA |
| collection action still pending as to Disaster Services, Inc. | | | | | |
| 9. 2002 Isuzu Cab over - at Shop Vin #:1ALC4B142270 | 6,000.00 | 6,000.00 | | 6,802.50 | FA |
| 10. 3 old desks (2 in office - 1 in waiting room) | 75.00 | 75.00 | DA | 0.00 | FA |
| 11. 3 computers - 2 in Office & 1 in waiting room | 300.00 | 300.00 | DA | 0.00 | FA |
| 12. 1 Copier in office | 50.00 | 50.00 | DA | 0.00 | FA |
| 13. Filing cabinets in office | 50.00 | 50.00 | DA | 0.00 | FA |
| 14. malpractice claim - accountant (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. turn-over action against Vincent Wilhelmi (u) | 0.00 | 11,000.00 | DA | 0.00 | FA |
| 16. visa settlement (u) | 0.00 | 0.00 | | 2.17 | FA |
| 17. State of illinois tax refund (u) | 0.00 | 0.00 | | 558.00 | FA |
| 18. inventory (u) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 19. money order - Earthmover CU (u) | 119.19 | 119.19 | | 119.19 | FA |
| 20. money order - Earthmover CU (u) | 350.00 | 350.00 | | 350.00 | FA |
| 21. tax refund (u) | 0.00 | 31.81 | | 31.81 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.62 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $43,246.27 | $57,278.08 | | $27,098.51 | $0.00 |

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                                                Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 10-33271 RG Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: JOE'S QUALITY GLASS, INC. | Date Filed (f) or Converted (c): 07/27/10 (f) |
| | 341(a) Meeting Date: 08/18/10 |
| | Claims Bar Date: 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/15/11     Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | | |
|---|---|---|
| Case No: | 10-33271 -RG | |
| Case Name: | JOE'S QUALITY GLASS, INC. | |
| Taxpayer ID No: | *******4506 | |
| For Period Ending: | 01/01/13 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******8865 Money Market Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/21/10 | 8 | Carpentry with Integrity, Inc. | payment of acciunt recievable | 1129-000 | 257.68 | | 257.68 |
| | | | DEPOSIT CHECK #10283 | | | | |
| 10/21/10 | 8 | Semblex Corporation | payment of acciunt recievable | 1129-000 | 365.00 | | 622.68 |
| | | | Replicated from deposit #100001-1 | | | | |
| | | | DEPOSIT CHECK #445607 | | | | |
| 12/06/10 | 8 | Carpentry Integrity, Inc. | partial payment on account receivable | 1129-000 | 257.68 | | 880.36 |
| | | | DEPOSIT CHECK #10401 | | | | |
| 12/16/10 | 16 | Visa Check/Master Money Antitrust Litigation Settlement | settlement distribution | 1290-000 | 2.17 | | 882.53 |
| | | | DEPOSIT CHECK #2202488 | | | | |
| 12/16/10 | 8 | AMLI Management Co. | account recievable | 1129-000 | 175.00 | | 1,057.53 |
| | | | Replicated from deposit #100003-2 | | | | |
| | | | DEPOSIT CHECK #353505 | | | | |
| 12/16/10 | 17 | Daniel W Hynes | state tax refund | 1224-000 | 558.00 | | 1,615.53 |
| | | | Replicated from deposit #100003-1 | | | | |
| | | | DEPOSIT CHECK #AA0296103 | | | | |
| 12/16/10 | 8 | Clarion Construction | account recievable | 1129-000 | 903.00 | | 2,518.53 |
| | | | Replicated from deposit #100003-3 | | | | |
| | | | DEPOSIT CHECK #54822 | | | | |
| 12/28/10 | 001001 | Ryan Pottinger | vehicle/property inspection and appraisal | 2420-000 | | 175.00 | 2,343.53 |
| 12/29/10 | 8 | Daniel W. Hynes | account receivable - State of Illinois | 1129-000 | 325.00 | | 2,668.53 |
| | | | DEPOSIT CHECK #AA2114010 | | | | |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,668.54 |
| 01/14/11 | 8 | Daniel W. Hynes | interest from State of Illinois | 1129-000 | 0.60 | | 2,669.14 |
| | | | Replicated from deposit #100005-4 | | | | |
| | | | DEPOSIT CHECK #AA2278153 | | | | |
| 01/14/11 | 8 | Daniel W. Hynes | interest from State of Illinois | 1129-000 | 2.39 | | 2,671.53 |
| | | | Replicated from deposit #100005-2 | | | | |
| | | | Page Subtotals | | 2,846.53 | 175.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-33271 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | JOE'S QUALITY GLASS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8865 Money Market Account |
| Taxpayer ID No: | *******4506 | | | |
| For Period Ending: | 01/01/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/11 | 8 | Daniel W. Hynes | DEPOSIT CHECK #AA2278154 interest from State of Illinois | 1129-000 | 3.86 | | 2,675.39 |
| 01/14/11 | 8 | Daniel W. Hynes | Replicated from deposit #100005-3 DEPOSIT CHECK #AA2278152 interest from State of Illinois | 1129-000 | 6.81 | | 2,682.20 |
| 01/14/11 | 8 | Carpentry Integrity, Inc. | Replicated from deposit #100005-1 DEPOSIT CHECK #AA2216244 installment payment | 1129-000 | 128.85 | | 2,811.05 |
| 01/31/11 | INT | The Bank of New York Mellon | DEPOSIT CHECK #10483 Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,811.07 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,811.09 |
| 03/22/11 | 8 | Carpentry Integrity, Inc. | payment of account receivable DEPOSIT CHECK #10575 | 1129-000 | 128.84 | | 2,939.93 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,939.95 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,939.97 |
| 05/06/11 | 8 | CJF4, LLC/ Nai Hiffman | payment of acct. rec. DEPOSIT CHECK #3167 | 1129-000 | 6,700.00 | | 9,639.97 |
| 05/17/11 | 8 | NAI Hiffman | payment of account receivable Replicated from deposit #100008-1 DEPOSIT CHECK #2028 | 1129-000 | 1,095.00 | | 10,734.97 |
| 05/17/11 | 8 | Martin Auction Services, LLC Escrow | auction proceeds DEPOSIT CHECK #6105 | 1129-000 | 6,802.50 | | 17,537.47 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 17,537.56 |
| 06/17/11 | 8 | A.R. Lass Construction Services, Inc. | settlement proceeds DEPOSIT CHECK #4269 | 1129-000 | 1,000.00 | | 18,537.56 |
| 06/18/11 | 001002 | Martin Auction Services | paymetn of auctioneer compensation and expenses per court order of 6/2/2011 | 3610-000 | | 711.63 | 17,825.93 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,826.07 |
| 07/01/11 | 8 | Clarion Construction, Inc. | payment of account receivable | 1129-000 | 4,883.51 | | 22,709.58 |

Page Subtotals  20,749.68  711.63

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 10-33271 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | JOE'S QUALITY GLASS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8865  Money Market Account |
| Taxpayer ID No: | *******4506 | | | |
| For Period Ending: | 01/01/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/11 | 18 | Patriotic Glass Company | DEPOSIT CHECK #57215 purchase proceeds from Selit | 1229-000 | 3,000.00 | | 25,709.58 |
| 07/29/11 | INT | The Bank of New York Mellon | DEPOSIT CHECK #999994 Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,709.77 |
| 08/11/11 | 19 | KCT Credit Union | uncashed money order | 1229-000 | 119.19 | | 25,828.96 |
| 08/11/11 | 20 | KCT Credit Union | DEPOSIT CHECK #427504 uncashed money order | 1229-000 | 350.00 | | 26,178.96 |
| 08/31/11 | INT | The Bank of New York Mellon | Replicated from deposit #100012-1 DEPOSIT CHECK #427503 Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,179.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.39 | 26,118.78 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -35.39 | 26,154.17 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,154.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.72 | 26,100.65 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,100.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.84 | 26,049.02 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,049.22 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.09 | 25,992.13 |
| 12/14/11 | 001003 | Eric J. Fernandez & Co. 895 West Main Street West Dundee, IL  60118 | payment of accountant fees per order of Court entered 5/5/2011 | 3410-000 | | 7,925.00 | 18,067.13 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 18,067.31 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.97 | 18,019.34 |
| 01/17/12 | | Judy Baar Topinka | inerest payment | 1290-000 | 10.40 | | 18,029.74 |
| 01/25/12 | INT | The Bank of New York Mellon | DEPOSIT CHECK #AA6371009 Interest posting at 0.0100% | 1270-000 | 0.11 | | 18,029.85 |
| 01/25/12 | | Transfer to Acct #*******4679 | Bank Funds Transfer | 9999-000 | | 18,029.85 | 0.00 |

Page Subtotals    3,480.89    26,190.47

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 10-33271 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | JOE'S QUALITY GLASS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8865  Money Market Account |
| Taxpayer ID No: | *******4506 | | | |
| For Period Ending: | 01/01/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 27,077.10 | 27,077.10 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 18,029.85 | |
| | Subtotal | | 27,077.10 | 9,047.25 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 27,077.10 | 9,047.25 | |

Page Subtotals       0.00       0.00

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-33271 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | JOE'S QUALITY GLASS, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4679  Checking Account |
| Taxpayer ID No: | *******4506 | | |
| For Period Ending: | 01/01/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8865 | Bank Funds Transfer | 9999-000 | 18,029.85 | | 18,029.85 |
| 02/24/12 | 21 | United States Treasury | | 1224-000 | 31.81 | | 18,061.66 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,061.66 | 0.00 | 18,061.66 |
| Less:  Bank Transfers/CD's | 18,029.85 | 0.00 | |
| Subtotal | 31.81 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 31.81 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********8865 | 27,077.10 | 9,047.25 | 0.00 |
| Checking Account - ********4679 | 31.81 | 0.00 | 18,061.66 |
| | 27,108.91 | 9,047.25 | 18,061.66 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    18,061.66    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 16.05c

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 01, 2013 |
|---|---|---|---|---|---|---|

Case Number: 10-33271  
Debtor Name: JOE'S QUALITY GLASS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $217.70 | $0.00 | $217.70 |
| 001<br>3110-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $1,902.00 | $0.00 | $1,902.00 |
| 000010A<br>999<br>2820-00 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Administrative | | $1,908.35 | $0.00 | $1,908.35 |
| 000005A<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $16,326.70 | $0.00 | $16,326.70 |
| 000007A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $1,362.64 | $0.00 | $1,362.64 |
| 000009A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $2,239.57 | $0.00 | $2,239.57 |
| 000001<br>070<br>7100-00 | Occupational Health Svcs<br>Provena St Joseph Hospital<br>77 N Airlite St<br>Elgin, IL 60123 | Unsecured | | $923.31 | $0.00 | $923.31 |
| 000002<br>070<br>7100-00 | Angela Blanchette<br>Barrick, Switzer, Long<br>c/o Attorney Jason H Rock<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | | $1,459,000.00 | $0.00 | $1,459,000.00 |
| 000003<br>070<br>7100-00 | S&S Panel Sales Corp<br>647 Thomas Dr<br>Bensenville, IL 60106 | Unsecured | | $819.79 | $0.00 | $819.79 |
| 000004<br>070<br>7100-00 | C R Laurence<br>PO Box 58923<br>Los Angeles, CA 90058 | Unsecured | | $462.50 | $0.00 | $462.50 |
| 000005B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $3,896.34 | $0.00 | $3,896.34 |

| | EXHIBIT A | |
|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | Date: January 01, 2013 |

Case Number:  10-33271  
Debtor Name:  JOE'S QUALITY GLASS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | Unsecured | | $1,560.39 | $0.00 | $1,560.39 |
| 000007B 070 7100-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $120.00 | $0.00 | $120.00 |
| 000008 070 7100-00 | Commerce & Industry Law Offices of Lerner & Weiss APC 21550 Oxnard Street, Suite 1060 Woodland Hills, CA 91367 | Unsecured | | $10,147.00 | $0.00 | $10,147.00 |
| 000009B 070 7100-00 | Illinois Department of Revenue | Unsecured | | $278.32 | $0.00 | $278.32 |
| | Case Totals: | | | $1,501,164.61 | $0.00 | $1,501,164.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33271
Case Name: JOE'S QUALITY GLASS, INC.
Trustee Name: JOSEPH R. VOILAND

Balance on hand  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Department of the Treasury | $ | $ | $ |
| 000007A | Illinois Department of Employment Security | $ | $ | $ |
| 000009A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors                   $_____

Remaining Balance                                         $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Occupational Health Svcs | $ | $ | $ |
| 000002 | Angela Blanchette | $ | $ | $ |
| 000003 | S&S Panel Sales Corp | $ | $ | $ |
| 000004 | C R Laurence | $ | $ | $ |
| 000005B | Department of the Treasury | $ | $ | $ |
| 000006 | Verizon Wireless | $ | $ | $ |
| 000007B | Illinois Department of Employment Security | $ | $ | $ |
| 000008 | Commerce & Industry | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Illinois Department of Revenue | $ | $ | $ |

   Total to be paid to timely general unsecured creditors    $_____

   Remaining Balance    $_____

   Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE