# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                  §
                                        §
JOE'S QUALITY GLASS, INC.               §          Case No. 10-33271
                                        §
              Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                   . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1129-000 | 16,233.22 |
| 2002 Isuzu Cab over - at Shop Vin #:1ALC4B142270 | 1129-000 | 6,802.50 |
| State of illinois tax refund | 1224-000 | 558.00 |
| tax refund | 1224-000 | 31.81 |
| federal tax refund (post distribution) | 1224-000 | 3,388.79 |
| inventory | 1229-000 | 3,000.00 |
| money order - Earthmover CU | 1229-000 | 119.19 |
| money order - Earthmover CU | 1229-000 | 350.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.62 |
| visa settlement | 1290-000 | 2.17 |
| Judy Barr Topinka - interest payment | 1290-000 | 10.40 |
| **TOTAL GROSS RECEIPTS** | | $ 30,497.70 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Ryan Pottinger | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| ERIC J. FERNANDEZ & CO. | | | | | |
| Eric J. Fernandez & Co. | | | | | |
| Martin Auction Services | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | DEPARTMENT OF THE TREASURY | | | | | |
| 000007A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ANGELA BLANCHETTE | | | | | |
| 000004 | C R LAURENCE | | | | | |
| | CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| 000008 | COMMERCE & INDUSTRY | | | | | |
| 000005B | DEPARTMENT OF THE TREASURY | | | | | |
| 000007B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001 | OCCUPATIONAL HEALTH SVCS | | | | | |
| 000003 | S&S PANEL SALES CORP | | | | | |
| 000006 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-33271 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |

Case Name: JOE'S QUALITY GLASS, INC.

Date Filed (f) or Converted (c): 07/27/10 (f)

341(a) Meeting Date: 08/18/10

For Period Ending: 12/22/13

Claims Bar Date: 04/21/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Cash boxes in shop office | 800.97 | 800.97 | DA | 0.00 | FA |
| 2. | Kane County Teachers Credit Union - Savings | 5.04 | 5.04 | DA | 0.00 | FA |
| 3. | Kane County Teachers Credit Union - Checking | 5,114.58 | 5,114.58 | | 0.00 | FA |
| 4. | Chase Checking account | 113.50 | 113.50 | DA | 0.00 | FA |
| 5. | Nicor gas (8210091000) deposit | 177.00 | 177.00 | DA | 0.00 | FA |
| 6. | Nicor gas (678998100) $53.00 + $300.00 | 353.00 | 353.00 | DA | 0.00 | FA |
| 7. | Nicor gas (921009100) | 201.00 | 201.00 | DA | 0.00 | FA |
| 8. | Accounts Receivable | 29,536.99 | 29,536.99 | DA | 16,233.22 | FA |
| 9. | 2002 Isuzu Cab over - at Shop Vin #:1ALC4B142270 | 6,000.00 | 6,000.00 | | 6,802.50 | FA |
| 10. | 3 old desks (2 in office - 1 in waiting room) | 75.00 | 75.00 | | 0.00 | FA |
| 11. | 3 computers - 2 in Office & 1 in waiting room | 300.00 | 300.00 | DA | 0.00 | FA |
| 12. | 1 Copier in office | 50.00 | 50.00 | DA | 0.00 | FA |
| 13. | Filing cabinets in office | 50.00 | 50.00 | DA | 0.00 | FA |
| 14. | malpractice claim - accountant (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. | turn-over action against Vincent Wilhelmi (u) | 0.00 | 11,000.00 | DA | 0.00 | FA |
| 16. | visa settlement (u) | 0.00 | 0.00 | | 2.17 | FA |
| 17. | State of illinois tax refund (u) | 0.00 | 0.00 | | 558.00 | FA |
| 18. | inventory (u) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 19. | money order - Earthmover CU (u) | 119.19 | 119.19 | | 119.19 | FA |
| 20. | money order - Earthmover CU (u) | 350.00 | 350.00 | | 350.00 | FA |
| 21. | tax refund (u) | 0.00 | 31.81 | | 31.81 | FA |
| 22. | federal tax refund (post distribution) (u) | 0.00 | 0.00 | | 3,388.79 | FA |
| 23. | Judy Barr Topinka - interest payment (u) | Unknown | 10.40 | | 10.40 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.62 | Unknown |

Gross Value of Remaining Assets

<div align="center">

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

</div>

Page:    2

**Exhibit 8**

| | |
|---|---|
| Case No: 10-33271    RG    Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: JOE'S QUALITY GLASS, INC. | Date Filed (f) or Converted (c): 07/27/10 (f) |
| | 341(a) Meeting Date: 08/18/10 |
| | Claims Bar Date: 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $43,246.27 | $57,288.48 | | $30,497.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/15/11        Current Projected Date of Final Report (TFR): 09/15/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-33271  -RG | |
| Case Name: | JOE'S QUALITY GLASS, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8865  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******4506 |
| For Period Ending: | 12/22/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/21/10 | 8 | Carpentry with Integrity, Inc. | payment of acciunt recievable DEPOSIT CHECK #10283 | 1129-000 | 257.68 | | 257.68 |
| 10/21/10 | 8 | Semblex Corporation | payment of acciunt recievable Replicated from deposit #100001-1 DEPOSIT CHECK #445607 | 1129-000 | 365.00 | | 622.68 |
| 12/06/10 | 8 | Carpentry Integrity, Inc. | partial payment on account receivable DEPOSIT CHECK #10401 | 1129-000 | 257.68 | | 880.36 |
| 12/16/10 | 16 | Visa Check/Master Money Antitrust Litigation Settlement | settlement distribution DEPOSIT CHECK #2202488 | 1290-000 | 2.17 | | 882.53 |
| 12/16/10 | 8 | AMLI Management Co. | account recievable Replicated from deposit #100003-2 DEPOSIT CHECK #353505 | 1129-000 | 175.00 | | 1,057.53 |
| 12/16/10 | 17 | Daniel W Hynes | state tax refund Replicated from deposit #100003-1 DEPOSIT CHECK #AA0296103 | 1224-000 | 558.00 | | 1,615.53 |
| 12/16/10 | 8 | Clarion Construction | account recievable Replicated from deposit #100003-3 DEPOSIT CHECK #54822 | 1129-000 | 903.00 | | 2,518.53 |
| 12/28/10 | 001001 | Ryan Pottinger | vehicle/property inspection and appraisal | 2420-000 | | 175.00 | 2,343.53 |
| 12/29/10 | 8 | Daniel W. Hynes | account receivable - State of Illinois DEPOSIT CHECK #AA2114010 | 1129-000 | 325.00 | | 2,668.53 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,668.54 |
| 01/14/11 | 8 | Daniel W. Hynes | interest from State of Illinois Replicated from deposit #100005-4 DEPOSIT CHECK #AA2278153 | 1129-000 | 0.60 | | 2,669.14 |
| 01/14/11 | 8 | Daniel W. Hynes | interest from State of Illinois Replicated from deposit #100005-2 | 1129-000 | 2.39 | | 2,671.53 |

Page Subtotals          2,846.53          175.00

Ver: 16.05c

FORM 2

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33271  -RG | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | JOE'S QUALITY GLASS, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8865  Money Market Account |
| Taxpayer ID No: | *******4506 | | |
| For Period Ending: | 12/22/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/11 | 8 | Daniel W. Hynes | DEPOSIT CHECK #AA2278154 interest from State of Illinois Replicated from deposit #100005-3 | 1129-000 | 3.86 | | 2,675.39 |
| 01/14/11 | 8 | Daniel W. Hynes | DEPOSIT CHECK #AA2278152 interest from State of Illinois Replicated from deposit #100005-1 | 1129-000 | 6.81 | | 2,682.20 |
| 01/14/11 | 8 | Carpentry Integrity, Inc. | DEPOSIT CHECK #AA2216244 installment payment | 1129-000 | 128.85 | | 2,811.05 |
| 01/31/11 | INT | The Bank of New York Mellon | DEPOSIT CHECK #10483 Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,811.07 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,811.09 |
| 03/22/11 | 8 | Carpentry Integrity, Inc. | payment of account receivable | 1129-000 | 128.84 | | 2,939.93 |
| 03/31/11 | INT | The Bank of New York Mellon | DEPOSIT CHECK #10575 Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,939.95 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,939.97 |
| 05/06/11 | 8 | CJF4, LLC/ Nai Hiffman | payment of acct. rec. | 1129-000 | 6,700.00 | | 9,639.97 |
| 05/17/11 | 8 | NAI Hiffman | DEPOSIT CHECK #3167 payment of account receivable Replicated from deposit #100008-1 | 1129-000 | 1,095.00 | | 10,734.97 |
| 05/17/11 | 9 | Martin Auction Services, LLC Escrow | DEPOSIT CHECK #2028 auction proceeds | 1129-000 | 6,802.50 | | 17,537.47 |
| 05/31/11 | INT | The Bank of New York Mellon | DEPOSIT CHECK #6105 Interest posting at  0.0100% | 1270-000 | 0.09 | | 17,537.56 |
| 06/17/11 | 8 | A.R. Lass Construction Services, Inc. | settlement proceeds | 1129-000 | 1,000.00 | | 18,537.56 |
| 06/18/11 | 001002 | Martin Auction Services | DEPOSIT CHECK #4269 paymetn of auctioneer compensation and expenses per court order of 6/2/2011 | 3610-000 | | 711.63 | 17,825.93 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 17,826.07 |
| 07/01/11 | 8 | Clarion Construction, Inc. | payment of account receivable | 1129-000 | 4,883.51 | | 22,709.58 |

Page Subtotals    20,749.68    711.63

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-33271  -RG |
|---|---|
| Case Name: | JOE'S QUALITY GLASS, INC. |
| Taxpayer ID No: | *******4506 |
| For Period Ending: | 12/22/13 |

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8865  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | DEPOSIT CHECK #57215 | | | | |
| 07/01/11 | 18 | Patriotic Glass Company | purchase proceeds from Selit | 1229-000 | 3,000.00 | | 25,709.58 |
| | | | DEPOSIT CHECK #999994 | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,709.77 |
| 08/11/11 | 19 | KCT Credit Union | uncashed money order | 1229-000 | 119.19 | | 25,828.96 |
| | | | DEPOSIT CHECK #427504 | | | | |
| 08/11/11 | 20 | KCT Credit Union | uncashed money order | 1229-000 | 350.00 | | 26,178.96 |
| | | | Replicated from deposit #100012-1 | | | | |
| | | | DEPOSIT CHECK #427503 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,179.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.39 | 26,118.78 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -35.39 | 26,154.17 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,154.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.72 | 26,100.65 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 26,100.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.84 | 26,049.02 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 26,049.22 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.09 | 25,992.13 |
| 12/14/11 | 001003 | Eric J. Fernandez & Co. | payment of accountant fees per | 3410-000 | | 7,925.00 | 18,067.13 |
| | | 895 West Main Street | order of Court entered 5/5/2011 | | | | |
| | | West Dundee, IL  60118 | | | | | |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 18,067.31 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.97 | 18,019.34 |
| 01/17/12 | 23 | Judy Baar Topinka | inerest payment | 1290-000 | 10.40 | | 18,029.74 |
| | | | DEPOSIT CHECK #AA6371009 | | | | |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 18,029.85 |
| 01/25/12 | | Transfer to Acct #*******4679 | Bank Funds Transfer | 9999-000 | | 18,029.85 | 0.00 |

Page Subtotals        3,480.89        26,190.47

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33271  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | JOE'S QUALITY GLASS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8865  Money Market Account |
| Taxpayer ID No: | *******4506 | | | |
| For Period Ending: | 12/22/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 27,077.10 | 27,077.10 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 18,029.85 | |
| | | | Subtotal | | 27,077.10 | 9,047.25 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 27,077.10 | 9,047.25 | |

Page Subtotals                0.00                0.00

Ver: 16.05c

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-33271  -RG |
| Case Name: | JOE'S QUALITY GLASS, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******4506 |
| For Period Ending: | 12/22/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4679  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8865 | Bank Funds Transfer | 9999-000 | 18,029.85 | | 18,029.85 |
| 02/24/12 | 21 | United States Treasury | | 1224-000 | 31.81 | | 18,061.66 |
| 03/08/13 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 3,460.89 | 14,600.77 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 03/08/13 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 238.64 | 14,362.13 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 03/08/13 | 001003 | JOSEPH R. VOILAND | | 3110-000 | | 1,902.00 | 12,460.13 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 03/08/13 | 001004 | JOSEPH R. VOILAND | | 3120-000 | | 217.70 | 12,242.43 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 03/08/13 | 001005 | Eric J. Fernandez & Co. | | 3410-000 | | 800.00 | 11,442.43 |
| | | 895 West Main St. | | | | | |
| | | West Dundee, IL 60118 | | | | | |
| 03/08/13 | 001006 | Illinois Department of Revenue | | 2820-000 | | 1,908.35 | 9,534.08 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | Bankruptcy Section | | | | | |
| | | PO Box 64338 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| 03/08/13 | 001007 | Department of the Treasury | | 5800-000 | | 7,810.77 | 1,723.31 |
| | | Internal Revenue Service | | | | | |
| | | P.O. Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 03/08/13 | 001008 | Illinois Department of Employment Security | | 5800-000 | | 651.89 | 1,071.42 |
| | | 33 South State Street | | | | | |
| | | Chicago, Illinois 60603 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 18,061.66 | 16,990.24 |

Ver: 16.05c

Page:    6

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-33271  -RG | |
| Case Name: | JOE'S QUALITY GLASS, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4679  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******4506 |
| For Period Ending: | 12/22/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/08/13 | 001009 | Attn: Bankruptcy Unit - 10th flr.<br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | | 5800-000 | | 1,071.42 | 0.00 |
| 03/31/13 | | Congressional Bank | | 9999-000 | | 17.32 | -17.32 |
| 06/01/13 | | Congressional Bank | bank service fee fefund (4/1/13) | 9999-000 | 17.32 | | 0.00 |
| 06/01/13 | | Congressional Bank | bank service fee refund (4/8/13) | 9999-000 | 17.32 | | 17.32 |
| 06/12/13 | 22 | United Staes Treasury | | 1224-000 | 3,388.79 | | 3,406.11 |
| 07/27/13 | | Congressional Bank | removal of double posted credit | 9999-000 | | 17.32 | 3,388.79 |
| 07/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | 3,378.79 |
| 08/31/13 | | cb | credit for bank service fee | 9999-000 | 10.00 | | 3,388.79 |
| 08/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | 3,378.79 |
| 09/30/13 | | cong. bnk. | bank service fee | 9999-000 | | 10.00 | 3,368.79 |
| 10/19/13 | 001010 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | | 5800-000 | | 710.75 | 2,658.04 |
| 10/19/13 | 001011 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | | 5800-000 | | 1,168.15 | 1,489.89 |
| 10/19/13 | 001012 | Angela Blanchette<br>Barrick, Switzer, Long<br>c/o Attorney Jason H Rock<br>6833 Stalter Drive<br>Rockford, IL 61108 | | 7100-000 | | 1,491.28 | -1.39 |
| 10/19/13 | 001013 | Commerce & Industry<br>Law Offices of Lerner & Weiss APC | | 7100-000 | | 10.37 | -11.76 |

| | | |
|---|---|---|
| Page Subtotals | 3,433.43 | 4,516.61 |

Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 10-33271  -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | JOE'S QUALITY GLASS, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4679  Checking Account |
| Taxpayer ID No: | *******4506 | | | |
| For Period Ending: | 12/22/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/19/13 | 001014 | 21550 Oxnard Street, Suite 1060 Woodland Hills, CA 91367 Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL  60604 | distributions under $5.00 | 7100-000 | | 8.24 | -20.00 |
| 11/01/13 | | cb | bank service fee | 9999-000 | | 10.00 | -30.00 |
| 12/10/13 | | cb | refund of bank fees | 9999-000 | 30.00 | | 0.00 |

|  | | | COLUMN TOTALS | | 21,525.09 | 21,525.09 | 0.00 |
|  | | | Less:  Bank Transfers/CD's | | 18,029.85 | 0.00 | |
|  | | | Subtotal | | 3,495.24 | 21,525.09 | |
|  | | | Less:  Payments to Debtors | | | 0.00 | |
|  | | | Net | | 3,495.24 | 21,525.09 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******8865 | 27,077.10 | 9,047.25 | 0.00 |
| Checking Account - *******4679 | 3,495.24 | 21,525.09 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 30,572.34 | 30,572.34 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 30.00 | 18.24 |